# MEMORANDUM DECISIONS

ATCHISON, T. & S. F. RY. CO. v. SWEARINGEN. (Circuit Court of Appeals, Fifth Circuit. December 11, 1916.) No. 2948. In Error to the District Court of the United States for the Western District of Texas; William B. Sheppard, Judge. J. W. Terry and A. H. Culwell, both of Galveston, Tex., for plaintiff in error. S. Engelking, of San Antonio, Tex., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. We find none of the assignments of error well taken. The judgment of the District Court is affirmed.

BAKKER v. NETHERLANDS-AMERICAN STEAM NAV. CO. (Circuit Court of Appeals, Second Circuit. November 14, 1916.) No. 34. In Error to the District Court of the United States for the Southern District of New York. Edwin G. Davis, of New York City, for plaintiff in error. M. L. Fearey, of New York City, for defendant in error. Before COXE, WARD, and HOUGH, Circuit Judges.

PER CURIAM. Judgment affirmed.

BESHLIN v. McSWEENEY PACKING CO. et al. (Circuit Court of Appeals, Fifth Circuit. December 18, 1916.) No. 2876. Appeal from the District Court of the United States for the Northern District of Texas; Edward R. Meek, Judge. A. H. Kirby, of Abilene, Tex., and Theodore Mack, of Ft. Worth, Tex., for appellant. I. W. Stephens and George E. Miller, both of Ft. Worth, Tex., for appellees. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. We find no reversible error in this case, and the decree appealed from is affirmed.

BONVILLAIN v. HOWELL. (Circuit Court of Appeals, Fifth Circuit. January 8, 1917.) No. 2926. Petition to Superintend and Revise Order of the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge. C. F. Borah, of New Orleans, La., for petitioner. E. A. O'Sullivan and Walter J. Suthon, Jr., both of New Orleans, La., for trustee. Before PARDEE and WALKER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. The reasons given by the District Judge fully cover the case and support the decree rendered (232 Fed. 370), and we concur therein. The petition to superintend and revise is denied.

BRAZIEL v. UNITED STATES.* (Circuit Court of Appeals, Fifth Circuit. December 18, 1916.) No. 2943. In Error to the District Court of the United States for the Northern District of Texas; Edward R. Meek, Judge. Guy H. Sigler, of Ardmore, Okl., for plaintiff in error. James C. Wilson, U. S. Atty., and William E. Allen, Asst. U. S. Atty., both of Dallas, Tex. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. We find no error in the rulings in the trial of this case, and the evidence fully warranted the verdict found. Judgment affirmed.

*Rehearing denied February 27, 1917.